AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Clyde Gravely | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No.    9:10-CV-02241-TMC |
| Commissioner of the Social Security Administration | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered and adjudged that the Court adopts the Report and Recommendation of Magistrate Judge Marchant. The Commissioner's decision is reversed and remanded under Sentence Four of 42 U.S.C. § 405(g) for further proceedings.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge.

Date:   November 21, 2011                                *CLERK OF COURT*

                                                                        s/John P. Bryan, Jr.
                                                                        _____
                                                                        *Signature of Clerk or Deputy Clerk*